UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KIMBERLY NORRELL, D/B/A THE DAINTY DOE,<br><br>Plaintiff,<br><br>v.<br><br>DOES 1–133, THE INDIVIDUALS, BUSINESS ENTITIES, & UNINCORPORATED ASSOCIATION IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Civil Action No. 1:23-cv-238-RP |

## ORDER

On May 23, 2023, Plaintiff dismissed all claims in this case with prejudice against Defendants Doe 40, Doe 76, Doe 77, Doe 78, Doe 84, Doe 85, Doe 87, Doe 88, Doe 90, Doe 94, Doe 97, Doe 98, Doe 99, Doe 101, Doe 103, Doe 104, Doe 113, Doe 121, & Doe 123. Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not served answers or motions for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc*., 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

Accordingly, **IT IS ORDERED** that Defendants Doe 40, Cbcbtwo, Doe 76, chickjia28, Doe 77, nutrifor1, Doe 78, phse14thre, Doe 84, Shenzhenshi Qixinkedianzi Youxiangongsi, Doe 85, Jikolililili, Doe 87, Spring Clothing Store, Doe 88, shenzhenshihanengwenjuyouxiangongsi, Doe 90, Meitianfacai, Doe 94, MIANHT, Doe 97, CYMMPU | shen zhen shi fu de kun dian zi shang wu you xian gong si, Doe 98, Apmemiss, Doe 99, Penkiiy, Doe 101, Oalirro, Doe 103,

ShenZhenShiDaRuiYuanShiPinYouXianGongSi, Doe 104, shenzhenshizhangeleishipinyouxiangongsi, Doe 113, BYOIMUD, Doe 121, GUANG ZHOU HE YANG SHI PIN YOU XIAN GONG SI, & Doe 123, NEBZCIV-Fashion clothing and jewelry, are **TERMINATED** from this case.

      **SIGNED** on May 24, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE