IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KIMBERLY NORRELL, *d/b/a The Dainty Doe* | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-238-RP |
| DOES 1-133, *The Individuals, Business Entities, and Unincorporated Associations Identified on Schedule A* | § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

Before the Court is the above entitled cause of action. On this day, the Court granted Plaintiff Kimberly Norrell ("Plaintiff") motion for a default judgment, (Dkt. 41), as to the following Defendants John Does 1-10, 13-15, 18, 20, 22, 27-30, 32-34, 37, 42-45, 47, 53-56, 59-60, 63-64, 66, 70, 74, 79-81, 86, 89, 91, 95-96, 100, 102, 106-08, 110, 114, 116-17, 122, and 126-31.

Accordingly, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is awarded in favor of Plaintiff. Plaintiff shall recover the following sums against the Defendants listed in the order adopting the report and recommendation:

1. $10,000.00 in statutory damages from each Defendant.

2. Post-judgment interest at a rate calculated pursuant to 28 U.S.C. § 1961.

Plaintiff shall file a motion for attorney's fees, if at all, within 30 days of the date of this order.

**IT IS FINALLY ORDERED** that the bond posted by Plaintiff in the amount of $33,250.00 shall be released by the Clerk of the Court.

All other relief requested is **DENIED**. This case is now **CLOSED**.

**SIGNED** on October 19, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE