UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KIMBERLY NORRELL, D/B/A THE DAINTY DOE,<br><br>Plaintiff,<br><br>v.<br><br>DOES 1–133, THE INDIVIDUALS, BUSINESS ENTITIES, & UNINCORPORATED ASSOCIATION IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Civil Action No. 1:23-cv-238-RP |

## **PLAINTIFF'S MOTION FOR AMENDED FINAL JUDGMENT**

On October 19, 2023, this Court awarded Kimberly Norrell ("Plaintiff") "$10,000.00 in statutory damages from each Defendant" and "Post-judgment interest at a rate calculated pursuant to 28 U.S.C. § 1961." Dkt. 50. On November 2, 2023, this Court awarded Plaintiff its attorney's fees "in the amount of $69,613.50 against the Defaulting Defendants, jointly and severally" (Dkt. 53, together with Dkt. 50, the "Final Judgment"). Plaintiff recently noticed an error in the Final Judgment, however, that is frustrating its ability to collect the awarded amount from the Defaulting Defendants. Specifically, Plaintiff noticed (1) that Stripe is not mentioned as a third party marketplace ordered to comply with the Final Judgment, and (2) that Doe 135, "Chengdu Yusheng Yiying E-Commerce Co.," was left out as a Defaulting Defendant subject to the Final Judgment. Plaintiff requested recovery from Doe 135 in its Motion for Default Judgment (Dkt. 41-2), but noticed that Doe 135 was left out of the Final Judgment rendered thereafter. Plaintiff therefore files this motion, and respectfully requests that the Court enter the attached proposed amended final judgment to enable it to recover from each Defaulting Defendant.

1

Dated: January 31, 2024                                  Respectfully submitted,

**CREEDON PLLC**

By: */s/ Charles A. Wallace*
James H. Creedon
Texas Bar No. 24092299
Charles A. Wallace
Texas Bar No. 24110501
5 Cowboys Way, Suite 300
Frisco, Texas 75034
Tel.    972.850.6864
Fax    972.920.3290
jhcreedon@creedon.com
cwallace@creedon.com

ATTORNEYS FOR PLAINTIFF
KIMBERLY NORRELL
D/B/A THE DAINTY DOE

## CERTIFICATE OF SERVICE

I certify that on January 31, 2024, I caused a true and correct copy of the foregoing document to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

By: */s/ Charles A. Wallace*
Charles A. Wallace

## CERTIFICATE OF CONFERENCE

None of the Defaulting Defendants have appeared in this case, and therefore, pursuant to Local Rule 7(G), undersigned counsel states that he is unable to meet and confer with Defaulting Defendants and unable to state whether this motion is opposed.

*/s/ Charles A. Wallace*
Charles A. Wallace